NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

02-1331


DARYL BINFORD, ET UX
VERSUS
SOUTHWEST MANUFACTURED HOUSING, INC., ET AL.


************


APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT,
PARISH OF BEAUREGARD, NO. C-99-1039,
HONORABLE STUART S. KAY, JR., DISTRICT JUDGE


************


ELIZABETH A. PICKETT
JUDGE


************


Court composed of John D. Saunders, Elizabeth A. Pickett, and Billy H. Ezell, Judges.


MOTION TO DISMISS GRANTED.


Christina Berthelot Peck
Roedel, Parsons, et al.
8440 Jefferson Hwy, Suite 301
Baton Rouge, LA 70809
(225) 929-7033
COUNSEL FOR DEFENDANT/APPELLEE:
Schult Homes Corporation

John Gregory Bergstedt
Bergstedt Law Firm
One Lakeshore Dr., #800
Lake Charles, LA 70601
(337) 436-4600
COUNSEL FOR DEFENDANT/APPELLEE:
Southwest Manufactured Housing, Inc.

**Mitchell Mark Evans, II**
**Attorney at Law**
**416 North Pine Street**
**DeRidder, LA 70634**
**(337) 462-5225**
**COUNSEL FOR PLAINTIFFS/APPELLANTS**
**Daryl Binford**
**Katherine Binford**